IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER MYERS, | |
| Plaintiff, | Case No. 24-cv-12765 |
| v. | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 17 | dsvkloi |
| 12 | Qinqingo |
| 13 | Smilyard |
| 21 | Easter2world |
| 22 | Doitely |
| 23 | Asminifor Direct |
| 25 | Asamour |
| 7 | Rurpali |
| 8 | LuHongBoJGKSDJGDFJDFJGJ |
| 9 | liyka75 |
| 35 | shengzhoushibenyashengdianzishangwuyouxiangongsi |
| 1 | hangtianmengxiang |
| 6 | yangwenhuiqwe |
| 10 | huangzhizhang |
| 19 | zhengtingyun |

DATED: February 3, 2025  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 3, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                 */s/ Keith A. Vogt*
                 Keith A. Vogt